# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TERI CLARK,<br><br>　　　　Defendant. | Case No. 19-CR-4690-WQH<br><br>**ORDER AND JUDGMENT OF DISMISSAL DISMISSING THE INFORMATION WITHOUT PREJUDICE** |

　　On motion of the United States, (ECF NO. 42) and with good cause shown, the Information as it relates to Teri Clark, in this case is hereby dismissed without prejudice.

Dated: December 11, 2019

　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　United States District Court